**Order entered August 1, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00119-CR

**MYRON EARL CANADY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB16-55264-C**

## ORDER

Before the Court is appellant's July 31, 2017 motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief filed no later than **Monday, August 21, 2017**. If appellant's brief is not filed by August 21, 2017, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8(b). *See* TEX. R. APP. P. 38.8(b).

/s/     ADA BROWN
        JUSTICE